UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sonya Mary Streiff-Garza,

        Plaintiff,

v.

Walgreen's,

        Defendant.

Case No. 16-cv-2937 MJD/FLN

ORDER

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated December 7, 2016, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that

1. Plaintiff Sonya Mary Streiff-Garza's application to proceed *in forma pauperis* [ECF No. 2] is DENIED.
2. This action is SUMMARILY DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).
3. Streiff-Garza's motion to take notice [ECF No. 3] is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 11, 2017

s/Michael J. Davis
MICHAEL J. DAVIS
United States District Court Judge